IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA BRASHIER, | ) | 1:07cv0375 LJO NEW (DLB) |
| | ) | |
| | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| Plaintiff, | ) | |
| | ) | (Document 14) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On September 14, 2007, the parties stipulated to extend the time for responding to Plaintiff's Confidential Letter Brief to October 15, 2007. Defendant's request is GRANTED. Defendant SHALL respond to the Confidential Letter Brief by October 15, 2007.

IT IS SO ORDERED.

Dated:   **September 21, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1