IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BRASHIER, ) | **Case No. 1:07cv00375 LJO GSA** |
| ) | |
| ) | ORDER REGARDING MOTION FOR |
| ) | EXTENSION OF TIME |
| ) | |
| Plaintiff, ) | (Document 18) |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On December 13, 2007, Defendant filed a motion for an extension of time to January 5, 2008, which is a Saturday, to file a response to Plaintiff's Motion for Summary Judgment. (Document 18)  Defendant's counsel explained that more time is needed to review the record in this matter due to a backlog of disability cases.  Defendant also reported that counsel for Plaintiff does not oppose the motion.

Accordingly, Defendant's motion is GRANTED.  As the requested date of January 5, 2008 is a Saturday, Defendant shall serve and file a response to the Motion for Summary Judgment on or before January 7, 2008, which is the next court day following January 5, 2008.

IT IS SO ORDERED.

1

Dated: **December 18, 2007**               **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE